JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER MEZA,<br><br>           Plaintiff,<br><br>     v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security Administration,<br><br>           Defendant. | Case No. 2:23-cv-00420-SP<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **REVERSED** and this matter **REMANDED** for the award of benefits to plaintiff consistent with the court's Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment.

Dated: March 28, 2024

_____
SHERI PYM
United States Magistrate Judge